IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| UNITED STATES OF AMERICA, | CR 19-57-M-DLC |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| NICOLE LEE CHAPPEL, | |
| Defendant. | |

Defendant has filed a motion for release pending sentencing. (Doc. 24.) The United States opposes Defendant's request for release. Defendant's sentencing is scheduled for June 4, 2020. Due to the time-sensitive matters raised in Defendant's motion, the United States shall file its brief in opposition on or before April 6, 2020. Defendant shall file her reply on or before April 9, 2020.

IT IS ORDERED.

DATED this 31st day of March, 2020.

Kathleen L. DeSoto
United States Magistrate Judge

1